**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 22, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00257-CV

---

### EDUCAP INC., Appellant

### V.

### TRAVIS A. BRYAN AND MICHAEL R. BRYAN, Appellees

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1091929**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 10, 2018. On May 10, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.